UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

ROBERT BOODIE

Defendant.

**MEMORANDUM AND ORDER**
Case No. 1:15-cv-02864-FB

*Appearances:*
*For the Government:*
JAMES PATRICK LOONAM
OREN GLEICH
WHITMAN G.S. KNAPP
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, NY 1120

*For the Defendant:*
ROBERT BOODIE, *pro se*
70867-053
FCI Yazoo
P.O. Box 5000
Yazoo City, MS 39194

**BLOCK, Senior District Judge:**

Defendant Robert Boodie moves for compassionate release under 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the parties' submissions and considered their arguments. This is the fourth compassionate release motion that the defendant has made in less than six years. Boodie reraises many of the same arguments that the Court has already considered and rejected, including that his rehabilitation justifies a sentence reduction or that he received an excessive sentence. His other arguments—including that the Three Strikes law resulted in a mandatory life sentence or that his age at the time of the offense merit a sentence reduction—are

without merit. The Three Strikes law did not apply to Boodie, who did not receive a life sentence. Nor does Boodie's age merit a sentence reduction; he was in his mid- to late-twenties at the time of the offenses. Boodie has not established any extraordinary or compelling reasons justifying relief under the First Step Act. In addition, Boodie has not demonstrated that he exhausted his administrative remedies prior to filing the instant motion. 18 U.S.C. § 3582(c)(1)(A). For these reasons, Boodie's pro se motion for compassionate release is denied.

**SO ORDERED.**

_/S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
June 11, 2026